IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA DEADMOND, ) | |
| ) | |
|       Plaintiff ) | |
| ) | No. 07-28-DRH-PMF |
| vs. ) | |
| ) | |
| WASHINGTON COUNTY, a municipal ) | |
| corporation, ) | |
| ) | |
|       Defendant ) | |

**ORDER**

NOW before this Court on Defendant, Washington County, a municipal corporation's Motion for Extension of Time to Respond to Plaintiff's Complaint filed herein and the Court being fully advised in the premises finds that said Motion should be granted.

It is therefore ORDERED and ADJUDGED that Defendant, Washington County, a municipal corporation is granted up to and including June 8, 2007, to respond to Plaintiff's Complaint.

May 11, 2007

/s/                David  RHerndon
UNITED STATES DISTRICT JUDGE