IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA M. DEADMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-028-DRH |
| | ) |
| WASHINGTON COUNTY, WASHINGTON COUNTY SHERIFF'S DEPARTMENT, JOHN FOSTER, ORVILLE LESTER, DAVE LESTER, HARRY BERGER, and RANDY KASBAN | ) ) ) ) ) ) |
| Defendants. | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal (**Doc. 48**) signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------------------------------

**FURTHER**, The Court notes that defendants, **Washington County Sheriff's Department, John Foster, Orville Lester, Dave Lester, Harry Berger, Charles Parker and Randy Kasban,** were previously dismissed by this Court pursuant to it's Order of January 18, 2007, and were not renamed as party defendants in plaintiff's Amended Complaint filed February 16, 2007.

**KEENAN G. CASADY, CLERK**

February 9, 2009        By:   s/Robin Butler
                                   Deputy Clerk

APPROVED: /s/ *David R Herndon*
**CHIEF JUDGE**
**U.S. DISTRICT COURT**